IN UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KALIKA BHAGWAT,** | |
| Plaintiff, | Civil Action No.: 1:14-cv-05474 |
| vs. | |
| **QUEENS CARPET MALL, INC.,** and **JAANKIE TULSIE, individually,** | NOTICE OF FILING PLAINTIFF'S CONSENT TO JOIN |
| Defendants. | |

Plaintiff, NARESH PERSAUD, by and through the undersigned counsel, hereby provides notice of filing Plaintiff's Consent to Join.

Dated: September 22, 2014

Respectfully submitted,

s/Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-Mail: jjaffe@jaffeglenn.com
Florida Bar No.: 865516
**Jaffe Glenn Law Group, P.A.**
Building 2, Suite 220
168 Franklin Corner Road
Lawrenceville, NJ 08640
Telephone: (305) 726-0060
Fascimile: (305) 726-0046
Attorneys for Plaintiffs

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2014, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire

## SERVICE LIST

No Counsel has yet to make an appearance on behalf of the Defendant.