

# JaffeGlenn
## law group, p.a.

Building 2, Suite 220, 168 Franklin Corner Road, Lawrenceville, NJ 08648
Tel: 201.687.9977   Facsimile: 201.595.0308   Toll: 866.216.5186
Florida - New Jersey - New York – Pennsylvania

## CONSENT TO JOIN

1. I hereby consent to become a party plaintiff and make a claim against _Queens carpet mall_ and related entities or persons for unpaid wages.

2. I hereby designate Jaffe Glenn Law Group, P.A. to represent me in bringing my claim and the lead name Plaintiff (as substituted or amended) to serve as my agent and make decisions on my behalf concerning the litigation and settlement, and I agree to be bound by such decisions accordingly.

3. I also consent to join any separate or subsequent action to assert my claim against and related companies or persons.

4. I hereby agree to be bound by any adjudication of my claim by the court, whether it is favorable or unfavorable.


_Naresh Persaud_ (signature)                                   8/5/2014
Client's Signature                                              Date


NARESH   PERSAUD
Print Name